UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court                                                                824 Market Street
David D. Bird                                                                 Wilmington DE 19801
                                                                              (302) 252-2900

**Date: 6/27/05**

To: Peter Dalleo, Clerk
    U.S. District Court
    U.S. Courthouse
    Wilmington DE 19801

**Re:**     **Pillowtex Corp, et al. V. Target Corporation, et al.**

**Bankruptcy Case No:**     03-12339 PJW

**Adversary Case No:**      03-57581

Attached is the bankruptcy Record on Appeal #05-44.  Appellee designations were not received by the Bankruptcy Court.  Please acknowledge receipt on the copy provided.

                                                    Sincerely,

                                                    David Bird, Clerk


                                            By:     /s/Lori Coster
                                                    Deputy Clerk


I hereby acknowledge receipt of the above Record on Appeal this _____day of _____, 2003.


By: _____
    Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR NOTICE OF APPEAL TO THE
## U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:**   03-57581
**Related Bankruptcy Case #:** 03-12339 PJW
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Lori M. Coster |
| **Case Type:** | Adversary |
| **Nature of Suit:** | 424 |
| **Cause of Transmittal:** | Notice of Appeal |
| **Parties:** | Pillowtex Corp, et al. V. Target Corp., et al. |

**Plaintiff's Counsel:**

Donna L. Harris

Morris Nichols Arsht & Tunnell

1201 N. Market Street

Wilmington, DE 19899-1347

302-658-9200

Fax : 302-658-3989

Email: donnaharris@mnat.com

LEAD ATTORNEY

**Defendant's Counsel:**

Adam G. Landis

Landis Rath & Cobb LLP

919 Market Street

Suite 600

Wilmington, DE 19801

302-467-4400

Fax : 302-467-4450

Email: landis@lrclaw.com

LEAD ATTORNEY

Jamie Lynne Edmonson

Landis Rath & Cobb LLP

919 Market Street, Suite 600

P.O. Box 2087

Wilmington, DE 19899

302-467-4400

Fax : 302-467-4450

Email: edmonson@lrclaw.com