UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| PILLOWTEX, INC., *et al.*, [1] | Case No. 03-12339 (PJW) (Jointly Administered) |
| Debtors. | |
| | **Ref. Nos. 523 & 1549** |
| PILLOWTEX CORPORATION and FIELDCREST CANNON, INC., | |
| Plaintiffs, | |
| v. | Adv. No. 03-57581-PJW |
| TARGET CORPORATION [2] and MERVYN'S, INC., | **Ref. No. 68** |
| Defendants. | |

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES PRESENTED ON
APPEAL OF MERVYN'S INC. FROM ORDER AND JUDGMENT
(A) AWARDING DAMAGES TO PLAINTIFFS AND
(B) DENYING CERTAIN PENDING MOTIONS,**

Mervyn's, Inc. ("Defendant"), by and through the undersigned counsel, pursuant to

Federal Rule of Bankruptcy Procedure 8006, hereby designates the record and issues presented

on appeal to the United States District Court for the District of Delaware from the *Order and*

*Judgment (A) Awarding Damages to Plaintiffs and (B) Denying Certain Pending Motions [D.I.*

*Nos. 1549 (Case No. 03-12339) and 68 (Adv. No. 03-57581)]*, dated May 27, 2005 and entered in

---

1  In addition to Pillowtex Corporation and Fieldcrest Cannon, Inc., the other debtors are Beacon Manufacturing company, Encee, Inc., FC Online, Inc., FCC Canada, Inc., FCI Corporate LLC, FCI Operations LLC, Fieldcrest Cannon Financing, Inc., Fieldcrest Cannon Licensing, Inc., Fieldcrest Cannon Transportation, Inc., The Leshner Corporation, Opelika Industries, Inc., PTEX Holding Company, PTEX, Inc., and Tennessee Woolen Mills, Inc. (collectively, "Debtors"). The United States Trustee appointed an Official Committee of Unsecured Creditors in these cases on August 11, 2003. Debtors continue in the management of their businesses and properties as debtors in possession pursuant to Section 1107 (a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in any of Debtors' cases.

2  Defendant Target Corporation is no longer a party to this action pursuant to the Stipulation and Order entered by the Court on March 1, 2005 (A.D.I. 22). Defendant Mervyn's, Inc. formerly was a wholly owned subsidiary of Target Corporation, but is now an independent entity known as Mervyn's LLC and represented by separate counsel.

the above-captioned main and adversary proceedings on May 31, 2005,[3] by United States Bankruptcy Judge Peter J. Walsh (the "Order").  The Order, with respect to Defendant (a) denied Defendant's Markdown Claims[4] and Lost Profits;[5] (b) denied the Motion of Target Corporation and Mervyn's, Inc. for Precautionary Relief from the Automatic Stay to Recoup Their Damages from Amounts Payable to the Debtors [D.I. 523 in main proceeding]; (c) ordered Defendant to pay Plaintiffs the sum of $810,000.00, with judgment entered in favor of Plaintiffs; and (d) denied as moot, the parties' cross-motions for summary judgment.

## I.  DESIGNATION OF THE RECORD

Mervyn's Inc. hereby designates the following items to be included in the record:

| Designation of Record | | | |
|---|---|---|---|
| Designated No. | Date of Filing | Docket No. | Description |
| 1 | 10/23/03 | Case No. 03-12339 (PJW) 523 | Notice of Motion and Motion of Target Corporation and Mervyn's, Inc. for Precautionary Relief from the Automatic Stay to Recoup their Damages from Amounts Payable to the Debtors |
| 2 | 10/23/03 | Case No. 03-12339 (PJW) 523 | Affidavit of Dan Epley in Support of the Motion of Target Corporation and Mervyn's Corporation for Precautionary Relief from the Automatic Stay to Recoup their Damages from Amounts Payable to the Debtors |

---

[3] The actual docket entry date of the Order in the adversary proceeding is June 3, 2005.  In accordance with the Court's instruction, however, Mervyn's, Inc. is treating this appeal as if the Order had been entered May 31, 2005 on both the main and adversary dockets.

[4] As defined in the Stipulation and Order Regarding Net Amount Payable, entered on May 10, 2005, "Markdown Claims" are retail price "markdowns" that Mervyn's claims it made to liquidate inventories of goods manufactured by and purchased from Plaintiffs.

[5] As defined in the Stipulation and Order Regarding Net Amount Payable, entered on May 10, 2005, "Lost Profits" are profits that Mervyn's claims it could have made from the future purchase and retail sale of additional goods manufactured by Plaintiffs.

| 3 | 10/23/03 | Case No. 03-12339 (PJW) 523 | Affidavit of Christi Langstaff in Support of the Motion of Target Corporation and Mervyn's Corporation. for Precautionary Relief from the Automatic Stay to Recoup their Damages from Amounts Payable to the Debtors |
|---|---|---|---|
| 4 | 10/23/03 | Case No. 03-12339 (PJW) 523 | Affidavit of Kelly Geadlemann in Support of the Motion of Target Corporation and the Mervyn's Corporation. for Precautionary Relief from the Automatic Stay to Recoup their Damages from Amounts Payable to the Debtors |
| 5 | 11/05/03 | Adv. Proc. No. 03-57581(PJW) 1 | Complaint by Pillowtex Corporation and Fieldcrest Cannon, Inc. Against Target Corporation and Mervyn's Inc., |
| 6 | 12/04/03 | 6 | Answer of Target Corporation and Mervyn's, Inc. to Adversary Complaint of Pillowtex Corporation and Fieldcrest Cannon, Inc. |
| 7 | 04/18/05 | 26 | Motion for Summary Judgment Filed by Mervyn's Inc. |
| 8 | 04/18/05 | 27 | Exhibits re Motion for Summary Judgment |
| 9 | 04/18/05 | 28 | Motion to Allow Judicial Notice in Support of Motion for Summary Judgment |
| 10 | 04/18/05 | 29 | Declaration of Paula Brouillard in Support of Motion for Summary Judgment |
| 11 | 04/18/05 | 30 | Declaration of Christi Langstaff in Support of Motion for Summary Judgment |
| 12 | 04/18/05 | 31 | Memorandum of Law in Support of Motion for Summary Judgment |
| 13 | 04/19/05 | 32 | Motion for Partial Summary Judgment, or Alternatively, to Strike Certain Affirmative Defenses Filed by Pillowtex Corporation and Fieldcrest Cannon, Inc. |
| 14 | 04/19/05 | 33 | Memorandum of Law in Support of Their Motion for Partial Summary Judgment, or Alternatively, to Strike Certain Affirmative Defenses Filed by Pillowtex Corporation and Fieldcrest Cannon, Inc. |
| 15 | 04/19/05 | 34 | Declaration of Suzanne M. Grosso |
| 16 | 04/19/05 | 35 | Declaration of R. John Wahoski |
| 17 | 04/20/05 | 36 | Notice of Service re Pillowtex Corporation and Fieldcrest Cannon, Inc. Motion for Summary Judgment |
| 18 | 04/27/05 | 43 | Mervyn's LLC's Memorandum of Points and Authorities in Opposition to Plaintiffs'/Debtors' Motion for Partial Summary Judgment or, Alternatively, to Strike Certain Affirmative Defenses |
| 19 | 04/27/05 | 44 | Declaration of Karen Johnson-McKewan in Opposition to Plaintiffs'/Debtors' Motion for Partial |

| | | | |
|---|---|---|---|
| | | | Summary Judgment or, Alternatively, to Strike Certain Affirmative Defenses |
| 20 | 04/27/05 | 45 | Mervyn's LLC's Objections to Evidence Proffered in Support of Plaintiffs'/Debtors' Motion for Partial Summary Judgment or, Alternatively, to Strike Certain Affirmative Defenses |
| 21 | 04/28/05 | 46 | Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment |
| 22 | 04/28/05 | 47 | Affidavit of R. John Wahoski in Support of Plaintiffs' Opposition |
| 23 | 04/28/05 | 48 | Declaration of Suzanne M. Grosso in Support of Plaintiffs' Reply Memorandum in Opposition to Defendant Mervyn's Motion for Summary Judgment |
| 24 | 04/28/05 | 49 | Motion to Appear *Pro Hac Vice* of Melissa S. Tidwell |
| 25 | 05/02/05 | 50 | Reply Brief in Support of Motion for Summary Judgment, or in the Alternative Partial Summary Judgment |
| 26 | 05/02/05 | 51 | Declaration of E. Anne Hawkins in Support of Mervyn's LLC's Reply Brief in Support of Motion for Summary Judgment, or in the Alternative Partial Summary Judgment |
| 27 | 05/02/05 | 52 | Affidavit of R. John Wahoski Dated April 27, 2005 |
| 28 | 05/02/05 | 54 | Notice of Completion of Briefing |
| 29 | 05/02/05 | 55 | Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion for Partial Summary Judgment, or Alternatively, to Strike Certain Affirmative Defenses |
| 30 | 05/02/05 | 56 | Plaintiffs' Opposition to Defendant's Objections to Evidence Proffered in Support of Pillowtex's Motion for Summary Judgment |
| 31 | 05/02/05 | 57 | Plaintiffs' Motion in Limine to Preclude Defendant from Offering into Evidence the Sales Projections Underlying Mervyn's Lost Profit Damages |
| 32 | 05/10/05 | 65 | Stipulation and Order Regarding Net Amount Payable |
| 33 | 05/19/05 | 67 | Transcript of Trial Before Honorable Peter J. Walsh |
| 34 | 06/03/05 | 68 | Order and Judgment Awarding Damages to Plaintiffs and Denying Certain Pending Motions |
| 35 | 06/09/05 | 69 | Notice of Appeal from Order and Judgment Awarding Damages to Plaintiffs and Denying Certain Pending Motions |

### Trial Exhibits Admitted into Evidence in Connection with Trial But Not Docketed

| Designated No. | | Exhibit No. | Description |
|---|---|---|---|
| 36 | | D-500 | 02/13/02 Conditions of Contract |
| 37 | | D-502 | 07/23/03 E-mail from B. Dupre to N. Taylor, D. Jurgens and J. Thomas re Total Close |
| 38 | | D-505 | 05/03 Vendor Partnership Manual: Accounts Payable Requirements Recap |
| 39 | | D-507 | 07/28/03 E-mail from L. Leneau to M. Norton and Others re Pillowtex/Fieldcrest Bankruptcy |
| 40 | | D-568 | 04/25/01 Letter from Keith C. Leal to Christi Langstaff |
| 41 | | D-583 | 10/03/00 Financial Vendor Agreement |
| 42 | | D-584 | 10/03/00 Financial Vendor Agreement |
| 43 | | D-585 | 06/01/01 Financial Vendor Agreement |
| 44 | | D-586 | 06/01/01 Financial Vendor Agreement |
| 45 | | D-587 | 06/01/01 Financial Vendor Agreement |
| 46 | | D-588 | 06/01/01 Financial Vendor Agreement |
| 47 | | D-589 | 06/01/01 Financial Vendor Agreement |
| 48 | | D-590 | 06/01/01 Financial Vendor Agreement |
| 49 | | D-591 | 07/10/01 Financial Vendor Agreement |
| 50 | | D-592 | 07/31/01 Financial Vendor Agreement |
| 51 | | D-593 | 07/31/01 Financial Vendor Agreement |
| 52 | | D-594 | 07/31/01 Financial Vendor Agreement |
| 53 | | D-595 | 12/20/01 Financial Vendor Agreement |
| 54 | | D-596 | 01/30/02 Financial Vendor Agreement |
| 55 | | D-597 | 02/01/02 Financial Vendor Agreement |
| 56 | | D-598 | 02/01/02 Financial Vendor Agreement |
| 57 | | D-599 | 03/05/02 Financial Vendor Agreement |
| 58 | | D-600 | 03/05/02 Financial Vendor Agreement |
| 59 | | D-601 | 03/25/02 Financial Vendor Agreement |
| 60 | | D-602 | 03/25/02 Financial Vendor Agreement |
| 61 | | D-603 | 03/25/02 Financial Vendor Agreement |
| 62 | | D-604 | 03/25/02 Financial Vendor Agreement |
| 63 | | D-605 | 06/15/02 Financial Vendor Agreement |
| 64 | | D-606 | 07/01/02 Financial Vendor Agreement |
| 65 | | D-607 | 07/01/02 Financial Vendor Agreement |
| 66 | | D-608 | 10/01/02 Financial Vendor Agreement |
| 67 | | D-609 | 10/01/02 Financial Vendor Agreement |
| 68 | | D-610 | 01/00/03 Financial Vendor Agreement and Co-Op Authorization |
| 69 | | D-611 | 02/19/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |

| 70 | | D-612 | 02/19/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 71 | | D-613 | 03/20/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 72 | | D-614 | 03/20/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 73 | | D-615 | 04/22/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 74 | | D-616 | 04/22/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 75 | | D-617 | 05/15/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 76 | | D-618 | 05/15/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 77 | | D-619 | 06/18/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 78 | | D-620 | 06/18/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 79 | | D-621 | 07/21/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 80 | | D-622 | 07/21/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 81 | | D-623 | 08/12/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 82 | | D-624 | 08/12/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| 83 | | D-625 | 08/12/03 Financial Vendor Agreement - Fieldcrest, Towels (Allowance Update) |
| | | **ADDITIONAL ITEMS** | |
| 84 | | D-514 | 05/11/04 Additional Documents Supporting Mervyn's Damages for Markdowns and Lost Profits |
| 85 | | | Docket Sheet for **Adv. No. 03-57581-PJW** |

## II.  STATEMENT OF ISSUES ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the following is the statement of issues presented by this appeal:

1.  Whether the Bankruptcy Court erred in denying Defendant's Markdown Claims and Lost Profits, and finding that Defendant is not entitled to any recoupment or setoff from amounts otherwise payable to Plaintiffs.

2.  Whether the Bankruptcy Court erred in denying the Motion of Target Corporation and Mervyn's, Inc. for Precautionary Relief from the Automatic Stay to Recoup Their Damages from Amounts Payable to the Debtors [D.I. 523 in main proceeding].

3.  Whether the Bankruptcy Court erred in ordering Defendant to pay Plaintiffs the sum of $810,000.00, with judgment entered in favor of Plaintiffs.

4.  Whether the Bankruptcy Court erred in denying as moot, the parties' cross-motions for summary judgment.

5.  Whether the Bankruptcy Court erred in finding that documentary evidence proffered by Defendant at the Trial (the "Evidence") in support of Markdown Claims and Lost Profit Claims and the conclusions drawn from that Evidence, are fundamentally flawed and cannot support an accurate calculation of any such damages.

473.001/8474.doc

6.   Whether the Bankruptcy Court erred in holding, that as a result of finding the Evidence Inadmissible, the testimony regarding such Evidence cannot be given weight by the Court.

Dated: Wilmington, Delaware
      June 16, 2005

LANDIS RATH & COBB LLP

Adam G. Landis (No. 3407)
Jamie Lynne Edmonson (No. 4247)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

-and-

Karen Johnson-McKewan (*Admitted Pro Hac Vice*)
E. Anne Hawkins (*Admitted Pro Hac Vice*)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5846
Facsimile: (415) 773-5759

Co-Counsel to Mervyn's, Inc.