UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court
David D. Bird

824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: 6/29/05

To: Peter Dalleo, Clerk
   U.S. District Court
   U.S. Courthouse
   Wilmington DE 19801

Re:   **Pillowtex Corp, et al. V. Target Corporation, et al.**

**Bankruptcy Case No:**   03-12339 PJW      05-433

**Adversary Case No:**   03-57581

Attached is the designations received by the bankruptcy court regarding the above mentioned case. The Bankruptcy Court has not yet been notified of the Civil Action number of this case, it was transmitted on 6/27/05.

Sincerely,

David Bird, Clerk

By:   /s/Lori Coster
      Deputy Clerk

I hereby acknowledge receipt of the above Record on Appeal this _____ day of _____, 2003.

By: _____
    Deputy Clerk, U.S. District Court