**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PILLOWTEX CORPORATION, *et al.*,[1]<br><br>Debtors. | Jointly Administered<br>Case No. 03-12339 (PJW)<br><br>Chapter 11 |
| PILLOWTEX CORPORATION and<br>FIELDCREST CANNON, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, and<br>MERVYN'S INC.[2]<br><br>Defendants. | Adv. Proc. No. 03-57581 (PJW) |

**NOTICE OF SATISFACTION OF JUDGMENT**

**WHEREAS**, on May 27, 2005, an Order and Judgment was signed in the above-captioned action in favor of Plaintiffs Pillowtex Corporation and Fieldcrest Cannon, Inc. against Mervyn's LLP ("Mervyn's") in the amount of $810,000 (the "May 27, 2005

---

[1] In addition to Pillowtex Corporation and Fieldcrest Cannon, Inc., the other debtors are Beacon Manufacturing Company, Encee, Inc., FC Online, Inc., FCC Canada, Inc., FCI Corporate LLC, FCI Operations LLC, Fieldcrest Cannon Financing, Inc., Fieldcrest Cannon Licensing, Inc., Fieldcrest Cannon Transportation, Inc., The Leshner Corporation, Opelika Industries, Inc., PTEX Holding Company, PTEX, Inc., and Tennessee Woolen Mills, Inc. (collectively, "Debtors"). The United States Trustee appointed an Official Committee of Unsecured Creditors in these cases on August 11, 2003. Debtors continue in the management of their businesses and properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in any of Debtors' cases.

[2] Defendant Target Corporation is no longer a party to this action pursuant to the Stipulation and Order entered by the Court on March 1, 2005. Defendant Mervyn's, Inc. formerly was a wholly owned subsidiary of Target Corporation, but is now an independent entity known as Mervyn's LLC and represented by separate counsel.

Order"), for which judgment was duly docketed and entered by the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware on May 31, 2005[3] in the Chapter 11 cases, and on June 3, 2005 in the adversary proceeding; *and*

**WHEREAS**, for good and valuable consideration, as set forth in the Stipulation of Settlement and Dismissal attached hereto and receipt of which is hereby acknowledged, Plaintiffs have agreed to enter this Notice of Satisfaction of Judgment, thereby releasing Mervyn's from any obligations pursuant to the May 27, 2005 Order;

**NOW THEREFORE**, satisfaction of the May 27, 2005 Order is hereby acknowledged by Plaintiffs, and the Clerk of the United States Bankruptcy Court for the District of Delaware is hereby authorized to cancel, satisfy and discharge the same.

Dated: _____, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William H. Sudell, Jr. (No. 463)
Gilbert R. Saydah Jr. (No. 4304)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

DEBEVOISE & PLIMPTON LLP
Michael E. Wiles
Suzanne M. Grosso
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Co-Counsel for Plaintiffs/Debtors*

---

[3] The actual docket entry of the Order in the adversary proceedings is June 3, 2005. In accordance with the Bankruptcy Court's instruction, however, the parties are treating the Order as if the Order had been entered on May 31, 2005.

3